UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

CASE NO.: 6:03-CR-17-S-KKC-HAI-1 AT: London DATE: February 13, 2026

PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE

| Amanda Ramsey | Audio File Number | W. Samuel Dotson for Andrew Trimble |
| --- | --- | --- |
| Deputy Clerk | Court Reporter | Assistant U.S. Atty. |

I, Amanda Ramsey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: KYED-LON_6-03-CR-17-S-KKC-HAI-1_20260213_133334.

---

| DEFENDANT: | ATTORNEY FOR DEFENDANT: |
| --- | --- |
| Dewayne Harris (Custody)(Present) | Travis Rossman (CJA)(Present) |

PROCEEDINGS: Initial Appearance on Supervised Release Violations

This matter was called for initial appearance, per Rule 32.1, on reported supervised release violations with counsel present as noted. Defendant was present in the courtroom. USPO Matthew Armstrong was also present.

Upon review of the tendered Financial Affidavit and statements made in open court, the Court finds that Defendant qualifies for Court appointed counsel under the Criminal Justice Act. The Court appoints Travis Rossman as counsel for Defendant.

The defendant was advised of his rights, as well as the nature and circumstances of the alleged violations, set forth in the December 16, 2025 Supervised Release Violation Report. Defendant, after being sworn, competently, knowingly, voluntarily and intelligently waived his right to a preliminary hearing. In light of an anticipated Indictment, a status conference is scheduled before the undersigned on **March 16, 2026, at 1:00 p.m.** in **London,** Kentucky.

For the reasons stated on the record, the United States made an oral motion for interim detention, and defense counsel requested a general continuance of the detention hearing. The United States' oral motion for interim detention is **GRANTED**, without prejudice of the Defendant's right to have a full *denovo* hearing. Defendant's oral motion for a general continuance is **GRANTED**. Upon the filing of a motion by Defendant, the Court will promptly schedule a detention hearing

cc: COR, USP, USM, LON Diary
Clerk's Initials: apr

TIC: 11 mins.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge