UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

CASE NO.: 6:03-CR-017-1-KKC-HAI AT: London DATE: March 16, 2026

PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE

| Kim Allen | Audio File Number | Andrew Trimble |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Atty. |

I, Kim Allen, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-03-CR-017-1KKC-HAI_20260316_130049.

---

DEFENDANT: ATTORNEY FOR DEFENDANT:

Dwayne Harris (Custody) Travis Rossman (CJA)

PROCEEDINGS: Initial Appearance re Revocation of Supervised Release on Addendum

This matter was called for a status hearing on reported supervised release violations with counsel present as noted. Defendant was present in the courtroom in the custody of the United States Marshal. USPO Leah Beasley was also present.

Defendant was again advised of his rights, as well as the nature and circumstances of the alleged violations contained in the Supervised Release Violation Report dated December 16, 2025, and the new Addendum dated March 16, 2026. A final hearing on revocation of supervised release will be scheduled before District Judge Caldwell upon resolution of the new indictment, 6:26-cr-33-KKC-EBA.

Defendant is remanded to the custody of the United States Marshal pending any future Orders of the Court.

**c**c: COR, USP, USM, London Diary

Clerk's Initials: kja

TIC: 9 min.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**